UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKIP NALL,

        Plaintiff,

v.

DISCOVERY COMMUNICATIONS, LLC,

        Defendant.

Case No. 1:19-cv-571

### STIPULATION OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Skip Nall and Defendant Discovery Communications, LLC hereby stipulate that the above case has been settled and that the above-captioned action is voluntarily dismissed, with prejudice in its entirety.

Dated: ~~May~~ June 3, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/ Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
*Attorneys for Plaintiff Skip Nall*

DAVIS WRIGHT TREMAINE LLP

By: /s/
Jeremy Chase
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 603-6495
JeremyChase@dwt.com
*Attorneys for Discovery Communications, LLC*

**SO ORDERED:**

_____ Date: _____